█ In the Matter of ELEANOR PETKOVSEK, Appellant, v JOEL D. SNYDER, Respondent. (Appeal No. 1.) [675 NYS2d 573] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly determined that petitioner failed to establish by a preponderance of the evidence that respondent committed a family offense as defined in Family Court Act § 812 (*see, Matter of Finocchiaro v Finocchiaro*, 192 AD2d 1089). The conflicting testimony presented a credibility issue for the court to resolve, and its determination has a sound and substantial basis in the record (*see, Machukas v Wagner*, 246 AD2d 840, *lv denied* 91 NY2d 813). (Appeal from Order of Supreme Court, Herkimer County, Gilbert, J.—Family Offense.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.

█ In the Matter of ELEANOR PETKOVSEK, Appellant, v JOEL D. SNYDER, Respondent. (Appeal No. 3.) [675 NYS2d 572] —Order

unanimously affirmed without costs. Memorandum: We reject the contention of petitioner that the determination denying her petition for sole custody of the parties' son and granting custody to respondent lacks a sound and substantial basis in the record (*see, White v White*, 209 AD2d 949, *lv dismissed* 85 NY2d 924; *Fox v Fox*, 177 AD2d 209, 211-212) and is against the weight of the evidence (*see, Matter of Paul C. v Tracy C.*, 209 AD2d 955, 956). Respondent met his heavy burden of proving that the change of custody is in the child's best interests (*see, Matter of Ammann v Ammann*, 209 AD2d 1032; *see also, Eschbach v Eschbach*, 56 NY2d 167, 171-174; *Friederwitzer v Friederwitzer*, 55 NY2d 89, 93-95). (Appeal from Order of Supreme Court, Herkimer County, Gilbert, J.—Custody.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.